UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 11-cv-62753-SCOLA/ROSENBAUM

BUNKERS INTERNATIONAL CORPORATION
110 Timberlachen Circle, Suite 1012
Lake Mary, FL 32746

    Plaintiff,

v.

CARREIRA PITTI, P.C.
55 St. No. 225 Carpit Buildings, El Cangrejo
P.O. Box 0819-0068 El Dorado
Panama, Republic of Panama

    Defendant,

and

HOSTOPIA.COM INC
d/b/a APLUS.NET
110 East Broward Boulevard, Suite 1650
Fort Lauderdale, FL 33301

    Garnishee.

_____/



FILED by ATS D.C.

JAN - 4 2012

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

## PROCESS OF ATTACHMENT AND GARNISHMENT

The Complaint in the above-styled cause was filed in the Miami Division of this Court on December 29, 2011.

In accordance with Supplemental Rule B of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule B, you are directed to attach and garnish the property indicated below:

DESCRIPTION

All tangible or intangible property or any other funds held on behalf of Carreira Pitti, P.C., including the internet domain name <panamalaw.com> registered with Garnishee.

You shall also give notice of the attachment and garnishment to every person required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

DATED at Miami, Florida, this __4th__ day of __Jan__, 20_12_.

CLERK  **Steven M. Larimore**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: _Autumn Sandoval_
    Deputy Clerk

By: _____
        Deputy Clerk

JAMES W. STROUP
Florida Bar No. 0842117
Email: jstroup@strouplaw.com
FARRIS J. MARTIN, III
Florida Bar No. 0879916
Email: fmartin@strouplaw.com
STROUP & MARTIN, P.A.
119 Southeast 12th Street
Fort Lauderdale, Florida 33316-1813
Tel: (954) 462-8808
Fax: (954) 462-0278
Attorneys for Plaintiff Bunkers International Corp.

OF COUNSEL:
J. Stephen Simms
Email: jssimms@simmsshowers.com
Marios J. Monopolis
Email: mjmonopolis@simmsshowers.com
SIMMS SHOWERS LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
Tel: (410) 783-5795
Fax: (410) 510-1789