# Exhibit A

Bunkers International Invoicing to Carreira Pitti

Exhibit C - Page 1 of 1

# BUNKERS INTERNATIONAL
Fueling Global Trade

## INVOICE

| DATE FUELED | INVOICE # |
|---|---|
| 5/27/2010 | BKAINV02791 |

THANK YOU
FOR YOUR BUSINESS

**BILL TO**
CARREIRA PITTI P.C., ATTORNEYS-AT-LAW
and/or Master, Owners, Operators
Charterers, Managers, Managing Agents

and VESSEL: OCEAN BLUE I

**SHIP TO**
CARREIRA PITTI P.C., ATTORNEYS-AT-LAW
55TH STREET NO. 225, CARPIT BUILDING
EL CANGREJO
PANAMA CITY
REPUBLIC OF PANAMA

| DEAL | VESSEL | Port | TERMS | DUE DATE | REP | INVOICE DATE |
|---|---|---|---|---|---|---|
| 7828 | OCEAN BLUE I | MARACAIBO | UPON RECEIPT | 6/15/2010 | WEP | 6/15/2010 |

| DESCRIPTION | PRODUCT | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| BUNKER DELIVERY TO THE OCEAN BLUE I AT MARACAIBO ON MAY 27, 2010. | MGO | 30.0330 | $ 774.00000 | $ 23,245.54 |
| | BARGING | 1.0000 | $ 8,000.00000 | $ 8,000.00 |
| ESTIMATED AMOUNT FOR ADDITIONAL TUG | TUG | 1.0000 | $ 3,000.00000 | $ 3,000.00 |

*6/15/10 Scanned to Carreirapitti Sent Priority Mail See next page*

NO BANK
DEDUCTIONS ALLOWED

WHEN THE ACTUAL INVOICE IS RECEIVED FOR ADDITIONAL TUG, THEN ADDITIONAL INVOICE/CREDIT WILL BE ISSUED.

**Total**     **$34,245.54**

**INTERNATIONAL WIRES:**
Wachovia Bank, N.A.
11 Penn Plaza
NY NY 10038
Account: 2000034531886
SWIFT: PNBPUS33
Credit: Bunkers International Corp
110 Timberlachen Cir. Ste 1012 Lake Mary, Fl 32746

**USA WIRES:**
Wachovia Bank, N.A.
214 N. Hogan Street   Jacksonville, FL
Account: 2000034531886
WIRE ABA: 063000021
ACH: 063107513
Credit: Bunkers International Corp
110 Timberlachen Cir. Ste 1012 Lake Mary, Fl 32746

TEL: (407) 328-7757  FAX: (407) 328-0045  EMAIL: bunkers@bunkersintl.com
110 TIMBERLACHEN CIRCLE, SUITE 1012, LAKE MARY, FLORIDA 32746 USA

# BUNKERS INTERNATIONAL

110 Timberlachen Ave * Suite 1012 * Lake Mary, Florida 32746 * USA
Tel 1-407-328-7757 * Fax 1-407-328-0045 * Email bunkers@bellsouth.net

## AMENDED CONFIRMATION OF BUNKER STEM

TO: Carreira Piti – Panama C/O Overseas Shipping – Piraeus   Attn: Capt. Costas
RE: **M/V OCEAN BLUE I**   Date: May 27, 2010

We are pleased to confirm the following bunker nomination, placed with Buyer's authority in accordance with Seller's General Terms and Conditions of Sale in effect at the time of sale (available upon written request).

| | |
|---|---|
| VESSEL / IMO #: | **M/V OCEAN BLUE I / 7502033** |
| PORT: | Maracaibo Anchorage |
| DATE: | May 28, 2010 |
| QNTY/GRADE: | 30 mt MGO – ISO DMA |
| PRICE: | ***US$ 774.00 mtw*** |
| DELIVERY METHOD: | barge |
| DELIVERY CHARGE: | US$ 8,000.00 |
| SELLER: | Bunkers International Corp. |
| BUYER: | **Carreira Piti - Panama, the vessel OCEAN BLUE I, its Master and/or Owners and/or Charterers and/or Managing Agents, jointly and separately.** |
| PAYMENT TERMS: | Payment, without offset, is due upon receipt of invoice / BDR. Late payments incur interest/late charges at the rate of 2% per month, pro-rata |
| AGENT: | Vinodol - Maracaibo |
| COMMENTS: | As PDVSA does not honor claims, we do not guaranty quality, Quantity, or performance, I.E. we accept no claims. |

*Prices in Venezuela are valid for 7 days from day of nomination to day of bunkering. If bunkering takes place after the 7 day validity, the price in effect on the day of delivery is charged.

Any overtime, demurrage, wharfage, cancellation fees, downgrades, taxes and/or other local fees, if applicable, are for buyer's account unless otherwise agreed upon in advance.

Seller's General Terms and Conditions of Sale are fully incorporated herein by this reference and are available upon written request or on the Internet at **www.bunkersinternational.com**. This Confirmation of Contract and Seller's General Terms and Conditions of Sale shall be governed by the laws of the United States of America and the State of Florida, without reference to any conflict of laws or choice of law rules which could otherwise result in the application of the laws of another jurisdiction.

Buyer warrants that the vessel's Owner has given Buyer express authority to purchase the product and that the Buyer is authorized by the Vessel's Owners, Operators, Managers, Agents, Ship Masters, Disponent Owners, and/or Charterers to pledge the vessel's credit, as defined by section 971 of the United States Federal Maritime Lien Act. In consideration of the Seller's provision of product to the vessel, it is agreed that United States law controls as if Seller's provision of product was made to the vessel in the United States. Seller is relying on the credit of the vessel and by providing product to the vessel Seller expressly an in-rem maritime lien against the vessel as provided under U.S law.

Any attempt to avoid or impair Seller's lien against the vessel shall be null, void and of no effect. No disclaimer of lien or liability, whether by stamp or other form, shall operate to alter, change or waive Seller's maritime lien against the vessel or the vessel's liability in-rem for the debt resulting from the provision of product to it. Buyer further warrants that it has informed the vessel's Owners of this Confirmation of Contract and Seller's General Terms and Conditions of Sale.

We will assume that all parties agree to this confirmation unless we are notified in writing immediately after the date and time that this message is sent via email or fax.

Please advise us immediately if any part of this confirmation is unclear or incorrect.

We thank you for the opportunity to conclude this stem.

Best Regards, Bill Preusch

**COMMERCHAMP, S.A.**
(Filial de PETROLEOS DE VENEZUELA)

**Boleta de combustible marino entregado**
(bunker delivery note)

N° 003111

| CLIENTE (client) | | | NOMINACION (nomination) | FECHA (date) |
|---|---|---|---|---|
| Bunker International Corp | | | SA139939 | 27/05/2010 |
| BUQUE (vessel) | IMO # | BANDERA (flag) | PUERTO DE ENTREGA (delivery port) | |
| Ocean Blue 1 | 7502033 | Panama | Off Shore Morehouse | |
| METODO DE ENTREGA (delivery method) | ☐ CAMION (tank truck) | ☑ GABARRA (barge) | ☐ TUBERIA (pipeline) | |

### CARGA (loading)

| PRODUCTO (product) | INICIO (start) | | | FINAL (finish) | | | TEMP. °C | FACTOR CORRECC. (corr. factor) |
|---|---|---|---|---|---|---|---|---|
| | FECHA (date) | HORA (time) | LITROS (litres) | FECHA (date) | HORA (time) | LITROS (litres) | | |
| MGO | 27-05-10 | 10:40 | | 27-05-10 | 12:20 | | 84°F | 0.8591 |

### CALIDAD (quality)

| GRAVEDAD API A 60 °F (15.6 °C) (A.P.I. Gravity at 60 °F) | 33.2 | GRAVEDAD ESPECIFICA A 60 °F (specific gravity at 60 °F) | 0.8591 |
|---|---|---|---|
| PUNTO DE INFLAMACION (°C) (flash point) | 74 | PUNTO DE FLUIDEZ (°C) (pour point) | 15 |
| VISCOSIDAD A 50 °C (cSt.) (viscosity) | 3.373 | AZUFRE (% PESO) (sulphur, wt.%) | 7.34 |
| AGUA Y SEDIMENTO (% VOL.) (B.S. & water) | 0.05 | DENSIDAD @ 15 °C | 0.8591 |

### CANTIDAD (quantity)

| TONELADAS METRICAS (metric tons) | 30,033 | LITROS BRUTOS (gross litres) | 35,428.69 | LITROS NETOS (net litres) | 34,978.37 |
|---|---|---|---|---|---|

| MUESTRA SELLADA (sample seal nos.) | | HE RECIBIDO 2 MUESTRAS SEGUN LO INDICADO (I confirm receipt of the 2 samples indicated) |
|---|---|---|
| MARPOL ANNEX VI Retained Sample | 9645651 | |
| Vessel Retained Sample | 9645652 | |
| COMMERCHAMP Retained Sample No. 1 | 9645653 | FIRMADO BUQUE RECEPTOR (signed for receiving vessel) |
| COMMERCHAMP Retained Sample No. 2 | 9645654 | |

EL COMBUSTIBLE MARINO SUMINISTRADO, ESTA EN CONFORMIDAD A LA REGULACION 14(1) O (4)(A) Y LA 18(1) DEL ANEXO VI DE MARPOL 73/78
(The fuel supplied in this delivery is in conformity with Regulation 14(1) or (4)(a) and Regulation 18(1) of Annex VI of MARPOL 73/78)

### OBSERVACIONES (remarks)

| POR EL BUQUE (by vessel) | POR COMMERCHAMP, S.A. (by COMMERCHAMP) |
|---|---|
| FIRMA (signature) NOMBRE (name) CAPITAN (master) / PRIMER INGENIERO (chief engineer) | FIRMA (signature) NOMBRE (name) |

*[Stamp: M/V OCEAN BLUE PANAMA MASTER]*
*[Stamp: BLUE PICACHO C.A. RIF: J-29654395-0 OMI 9448...]*

COMMERCHAMP, S.A. (Filial de PETROLEOS DE VENEZUELA, S.A.) AV. LIBERTADOR CON CALLE EL EMPALME, URB. LA CAMPIÑA, EDIF. PETROLEOS DE VENEZUELA, TORRE ESTE, ZONA POSTAL: 1060 CARACAS VENEZUELA +58-212 708.36.01

2115 - A / 08 - 2006

ALL DELIVERIES ARE SUBJECT TO COMMERCHAMP GENERAL TERMS AND CONDITIONS OF SALE
ORIGINAL - CLIENTE