UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 11-cv-62753-SCOLA

Bunkers International Corporation

    Plaintiff

v.

Carreira Pitti, P.C.

    Defendant

and

Whitney Bank

    Garnishee.

_____/

### FINAL GARNISHMENT JUDGMENT

THIS CAUSE came on for hearing on Plaintiff's Writ of Garnishment, the Garnishee having filed its answer admitting that it is indebted to the Defendant herein at the time of the service of said Writ and the filing of its answer, and the Court having considered the matter, together with the entire record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

    1. That judgment be, and the same is hereby entered in favor of the Plaintiff, Bunkers International Corporation, and against the Garnishee, Whitney Bank, in the sum of $1,911.49.

    2. That the Garnishee, Whitney Bank, be, and the same is hereby directed to pay within ten (10) days from date hereof the sum of $1,911.49 to the order of Plaintiff Bunkers International Corporation. Payment shall be remitted via Official Check, payable to STROUP &

- 2 -

MARTIN, P.A., Client Trust Account, 119 Southeast 12th Street, Fort Lauderdale, Florida 33316-1813.

3. A reasonable attorney's fee is taxed in this cause in the amount of $100.00, and the Clerk of the Court is directed to remit said amount to the Garnishee's attorney.

**DONE AND ORDERED** at Miami, Florida, this 12th day of December, 2012.

Robert N. Scola, Jr.
United States District Judge